IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald A. Nichols,               :

    Plaintiff,               :

  v.                             :    Case No. 2:17-cv-187

Adena Health System, et al.,     :    JUDGE GEORGE C. SMITH
                                          Magistrate Judge Kemp

    Defendants.              :

## ORDER

Plaintiff has filed his Rule 26(a)(1) disclosures. Absent circumstances not present here, such disclosures are not to be filed. Fed. R. Civ. P. 5(d). The Court therefore strikes the disclosures (Doc. 25).

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge