.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Ronald A. Nichols**

    **Plaintiff,**

    vs.

**Case No.   2:17-cv-187**

**Adena Health System, et al**

**Magistrate Judge Kemp**

    **Defendant.**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on 6/8/2017, Plaintiff's Motion to Remand to State Court [Doc 20] is granted.

Date: June 8, 2017                                          **Richard W. Nagel, Clerk of Court**

                                                                     By:     /s/Allison Moran

                                                                             Allison Moran, Deputy Clerk